UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOY SHAWVER, | ) | CASE NO. 4:10-cv-1105 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. The Report and Recommendation (Document #20), issued on July 26, 2011, is ADOPTED by this Court. Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's decision denying her application for a period of disability and disability insurance benefits. The Magistrate Judge recommended that the Court reverse and remand the final decision of the Commissioner. The Defendant filed a notice that it will not be objecting to the Report and Recommendation. (Document #21).

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. IT IS SO ORDERED

_____
DONALD C. NUGENT
United States District Judge

DATED: August 31, 2011